**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 15, 2016.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-16-00885-CR

---

### IN RE ALI MAHMOOD AWAD IRSAN, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**184th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1465609**

---

## MEMORANDUM OPINION

On November 7, 2016, relator Ali Mahmood Awad Irsan filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the

Honorable Jan Krocker, presiding judge of the 184th District Court of Harris County, to dismiss the indictment, information, or complaint for capital murder.

The mandamus record shows that relator is represented by counsel in the underlying case. A criminal defendant is not entitled to hybrid representation. *Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007); *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). The issues relator raises in his *pro se* petition for writ of mandamus relate directly to a criminal proceeding in which he is represented by counsel. Therefore, in the absence of a right to hybrid representation, relator has presented nothing for this court's consideration. *See Patrick*, 906 S.W.2d at 498.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices McCally and Brown.
Do Not Publish — Tex. R. App. P. 47.2(b).